UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTENNIAL INSURANCE COMPANY a/s/o JANET PHILLIPS,<br><br>Plaintiff<br><br>v.<br><br>HARBOR FUEL OIL CORPORATION f/k/a NANTUCKET PROPANE, INC.,<br><br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>EDWARD CONRAD<br><br>Third-Party Defendant | CIVIL ACTION NO. 10-CV-10217<br><br>**LEAVE TO FILE GRANTED ON NOVEMBER 29, 2010** |

**DEFENDANT HARBOR FUEL OIL CORPORATION f/k/a NANTUCKET PROPANE, INC.'S THIRD-PARTY COMPLAINT AND JURY DEMAND**

Defendant/Third-Party Plaintiff, Harbor Fuel Oil Corporation f/k/a Nantucket Propane, Inc. ("Harbor Fuel") by and through its attorneys, Campbell Campbell Edwards & Conroy, P.C, brings this Third-Party Complaint, pursuant to Fed.R.Civ.P. 14(a) against Edward Conrad for contribution.

**PARTIES**

1. Upon information and belief, Plaintiff, Centennial Insurance Company as subrogee of Janet Phillips ("Centennial") is a corporation duly organized and existing under the laws of the State of New York with its principal place of business located to 100 Wall Street, 28th Floor, New York, New York.

2. The Defendant and Third-Party Plaintiff Harbor Fuel is a Massachusetts corporation with its principal place of business located at 10 Airport Road, Nantucket, MA.

3. The Third-Party Defendant Edward Conrad ("Conrad") is an individual residing at Ten Sparks Avenue, Nantucket, MA.

## JURISDICTION

4. Jurisdiction is proper because of the diversity of citizenship between the parties and because the amount in controversy exceeds the requisite amount pursuant to 28 U.S.C. § 1332.

5. Jurisdiction is proper against Conrad by virtue of his commission of tortious acts within the Commonwealth of Massachusetts.

## FACTS

6. On or about February 9, 2010, the Plaintiff Centennial filed a Complaint in the United States District Court in Massachusetts seeking damages for injuries allegedly sustained to the property of its insured, Janet Phillips, located at 60 Goldfinch Drive, Nantucket, prior to April 3, 2007, as a result of Harbor Fuel negligently failing to supply and deliver propane to the home of Ms. Phillips in a timely manner.

7. On or about May 25, 2010, Harbor Fuel filed its Answer and Affirmative Defenses to the Complaint, denying all material allegations against them.

8. Edward Conrad was employed by Ms. Phillips to monitor the property at 60 Goldfinch Drive, Nantucket, MA during the winter season when the home was unoccupied.

9. Conrad's responsibilities included performing a weekly inspection of the interior of the Ms. Phillips' home at 60 Goldfinch Drive, Nantucket, MA.

10. Prior to April 3, 2007, Conrad last visited Ms. Phillips home at 60 Goldfinch Drive, Nantucket, MA in late February 2007 and did not enter Ms. Phillips home.

## COUNT I
### Contribution v. Edward Conrad

11. Defendants repeat and reallege paragraphs 1 through 10 of the Third-Party Complaint as if set forth fully herein.

12. If the Plaintiff suffered any damages as alleged in its Complaint, which is expressly denied, they were proximately caused by the negligence of Edward Conrad.

13. If Harbor Fuel is found liable for the Plaintiff's alleged damages, which is expressly denied, Edward Conrad must be adjudged jointly liable in tort for the same damages, and Harbor Fuel is entitled to contribution from Edward Conrad

## COUNT II
### Indemnity v. Edward Conrad

14. Harbor Fuel repeats the averments in paragraphs 1 through 13 as if set forth fully herein.

15. If the Plaintiff recovers judgment against Harbor Fuel for any of the claims asserted against it in the Plaintiff's Complaint, Harbor Fuel is entitled to indemnity from Edward Conrad because any liability on its part is wholly derivative of the fault of Edward Conrad.

**WHEREFORE**, Defendant Harbor Fuel demands judgment against Edward Conrad in the full amount of his pro rata share of the entire liability, plus interest, costs and attorney's fees.

## JURY DEMAND

Defendant Harbor Fuel demands a trial by jury on all issues so triable.

        **HARBOR FUEL CORPORATION**
        **f/k/a NANTUCKET PROPANE, INC.**

        Respectfully submitted,


        /s/ Shalissa M. Dougherty
        James M. Campbell, BBO #541882
        Kathleen M. Guilfoyle, BBO# 546512
        Shalissa M. Dougherty, BBO # 670478
        Campbell Campbell Edwards & Conroy
         Professional Corporation
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000
        jmcampbell@campbell-trial-lawyers.com
        kguilfoyle@campbell-trial-lawyers.com
        sdougherty@campbell-trial-lawyers.com


## CERTIFICATE OF SERVICE

I, Shalissa M. Dougherty, counsel for defendant, hereby certify that on November 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all parties.


        /s/ Shalissa M. Dougherty
        Shalissa M. Dougherty