UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTENNIAL INSURANCE COMPANY,
        Plaintiff,

v.                                                  CIVIL ACTION NO.
                                                  10-10217-MBB

HARBOR FUEL OIL CORPORATION
f/k/a NANTUCKET PROPANE, INC.,
        Defendant.

## FINAL JUDGMENT

### JUNE 6, 2011

**BOWLER, U.S.M.J.**

      In accordance with the Notice of Settlement filed by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and with each party to bear its own costs.

                                                            /s/ Marianne B. Bowler
                                                            **MARIANNE B. BOWLER**
                                                             United States Magistrate Judge